**Order entered January 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00043-CV

### IN RE SAMUEL G. BREITLING & JOANN BREITLING, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04053**

## ORDER
Before Justices Bridges, Fillmore, and Schenck

Based on the Court's opinion of this date, we **DENY** relators' January 18, 2017 first amended petition for writ of mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.

/s/    DAVID J. SCHENCK
        JUSTICE